173 A.3d 160

**WARD, Edward Brad, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 269, Sept. Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (No. 1114, Sept.Term, 2016).

Petition for writ of certiorari denied

173 A.3d 160

**WARD, Karim**

v.

**STATE of Maryland**

**Pet. Docket No. 293, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (No. 539, Sept.Term, 2015).

Petition for writ of certiorari denied